

Edward I. Ellman, and Walter E. Moss, for appellant; Philip Conley, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.

## Lash and Mages, Inc., Plaintiff-Appellee and Cross-Appellant, v. The Atchison, Topeka and Santa Fe Railroad Company, Defendant-Appellant and Cross-Appellee.

Gen. No. 45,940.

Floyd J. Stuppi, and Marshall E. LeSueur for appellant; Bernard W. Mages, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.